No. 691.  C. M. PATTEN & Co. ET AL. *v.* UNITED STATES.

May 8, 1933.  *Per Curiam:* The petition for writ of certiorari in this case is granted.  The decree of the Circuit Court of Appeals is reversed and the cause is remanded to the District Court with directions to vacate its decree and to dismiss the proceeding upon the ground that the cause is moot.  *Brownlow* v. *Schwartz,* 261 U.S. 216; *Alejandrino* v. *Quezon,* 271 U.S. 528, 535, 536; *U.S. ex rel. Norwegian Nitrogen Products Co.* v. *Tariff Commission,* 274 U.S. 106, 112; *Railroad Commission of Texas* v. *MacMillan,* 287 U.S. 576.  *Mr. Frank P. Doherty* for petitioners.  *Solicitor General Thacher* for the United States.